## 5. SAVANNAH, FLORIDA, AND WESTERN RAILWAY COMPANY v. SNIDER.

1. The laws of this State confer no jurisdiction upon justices of the peace to hear and determine a suit against a railroad corporation for failure to perform a public duty.
2. Justice's courts have no jurisdiction over a suit brought against a railroad company as a common carrier for damages resulting from a delay to promptly furnish cars to move freight. *Western Union Tel. Co.* v. *Taylor,* 84 *Ga.* 408.

Certiorari, from Clinch superior court—Judge Parker. February 15, 1906.

Submitted January 8,—Decided January 11, 1907.

*Kay, Bennet & Conyers, R. G. Dickerson,* for plaintiff in error.
*S. L. Drawdy, S. C. Townsend,* contra.

HILL, C. J. N. L. Snider brought suit in the justice's court of Clinch county, 1224 district G. M., for damages alleged to have resulted from the failure of said defendant as a common carrier to furnish him cars, and receive and ship certain cross-ties in due time. No allegation was made that the delay injured or damaged the cross-ties, but it was alleged that on account of such delay the value of said cross-ties in the market had diminished two cents per cross-tie. On the trial of said case in the justice's court a verdict and judgment were rendered against the defendant for fifty dollars. Defendant carried the case by certiorari to the superior court, and the certiorari was overruled and denied. There are several assignments of error set out in the petition for certiorari; but we do not deem it necessary to pass upon any of them, as we hold that the justice of the peace had no jurisdiction to try the case. We therefore reverse the judgment of the superior court, and direct that a judgment be entered dismissing the plaintiff's action. *Blocker* v. *Boswell,* 109 *Ga.* 230; *Casey* v. *Wagnon,* 111 *Ga.* 74; *Elson* v. *Saul,* 110 *Ga.* 299.

*Judgment reversed, with direction.*